# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DENNIS R. BOLZE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:19-cv-00369 |
| ) | \REEVES/POPLIN |
| WARDEN, FCC COLEMAN, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Petitioner's motion for extension of time to file a supplemental response to the motion to dismiss [Doc. 10] is **DENIED**;

2. Respondent's motion to dismiss the petition as time-barred [Doc. 8] is **GRANTED**;

3. A certificate of appealability will not issue;

4. This action is **DISMISSED**; and

5. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

E N T E R:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

/s/ JOHN L. MEDEARIS
   CLERK OF COURT